Joseph W. MacCABE and Margaret MacCabe v. A. MacKay STODDARD and Hilda R. Stoddard, No. 183-77

February 7, 1978. The plaintiffs' action having presented multiple claims for relief, not all of which have yet been adjudicated, the action has not been terminated. V.R.C.P. 54. There being no final judgment, the cause is remanded for the hearing and adjudication to which the parties are entitled as a matter of law, and the appeal is accordingly dismissed.

VERMONT STATE EMPLOYEES ASSOCIATION v. STATE of Vermont, et al., No. 188-77

February 7, 1978. This appeal is taken from an order of the Vermont Labor Relations Board. That order expired by its own terms on July 2, 1977. This appeal, therefore, is moot. *North Country Education Ass'n* v. *Brighton School Bd.*, 135 Vt. 451, 380 A.2d 60 (1977). Appeal dismissed.

George M. ANDERSON, et al. v. W. Edson McKEE, et al., No. 193-77

February 7, 1978. Appellant asks us to reverse the order of the Washington Superior Court dismissing this action for failure to bring suit within the time period specified by the applicable statute of limitations. 12 V.S.A. § 511. This appeal is controlled by our opinion in *South Burlington School Dist.* v. *Goodrich*, 135 Vt. 601, 382 A.2d 220 (1977), and the order of the lower court must be affirmed.

Note: Justices Billings and Hill dissent for the reasons set out in Justice Billings's dissent in *South Burlington School Dist.* v. *Goodrich, supra.*

STATE of Vermont v. George J. HOHMAN, No. 350-76

February 8, 1978. Appellee to file its brief within 30 days from the filing of appellant's supplemental brief. Oral argument to be scheduled pursuant to V.R.A.P. 34(a).

David A. RICH v. Denis CHADWICK and Industrial Tool Specialist, Inc., No. 148-77

February 8, 1978. Defendants' motion for leave to file supplemental brief is denied.

Kit HUDSON, et al. v. Herbert CLARK, No. 218-77

February 8, 1978. Motion of Hanford G. Davis, Esq., to file Amicus Curiae Brief denied.